FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUN 29 2026

Kevin P. Weimer, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*v.*<br>DYE'SHUAN GREEN | Criminal Information<br>No. 1:26-CR-278-SEG-JEM |

THE UNITED STATES ATTORNEY CHARGES THAT:

**Count One**
***Enticement and Attempted Enticement of a Minor – Victim 1***
**(18 U.S.C. § 2422(b))**

Beginning on or about July 21, 2022, and continuing until on or about August 17, 2022, in the Northern District of Georgia and elsewhere, the defendant, DYE'SHUAN GREEN, using a facility and means of interstate and foreign commerce, that is, a cellular telephone connected to the Internet, did knowingly and knowingly attempt to persuade, induce, entice, and coerce an individual who had not yet attained the age of 18 years, Victim 1, to engage in sexual activity for which the defendant could be charged with a criminal offense, that is, the production of a visual depiction of a minor engaging in sexually explicit conduct (Title 18, United States Code, Section 2251(a)), all in violation of Title 18, United States Code, Section 2422(b).

**Count Two**

*Receipt of Child Sexual Abuse Material*

**(18 U.S.C. §§ 2252(a)(2) and (b)(1))**

On or about July 21, 2022, in the Northern District of Georgia, the defendant, DYE'SHUAN GREEN, did knowingly receive at least one visual depiction of a minor, engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), using any means and facility of interstate and foreign commerce, including by computer, said depiction having been (a) produced using a minor engaging in sexually explicit conduct, and (b) shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

**Count Three**

*Enticement and Attempted Enticement of a Minor – Victim 2*

**(18 U.S.C. § 2422(b))**

Beginning on or about November 14, 2022, and continuing until on or about December 14, 2022, in the Northern District of Georgia, the defendant, DYE'SHUAN GREEN, using a facility and means of interstate and foreign commerce, that is, a cellular telephone connected to the Internet, did knowingly and knowing attempt to persuade, induce, entice, and coerce an individual who had not yet attained the age of 18 years, Victim 2, to engage in sexual activity for which the defendant could be charged with a criminal offense, that is, the production of a visual depiction of a minor engaging in sexually explicit conduct (Title 18, United States Code, Section 2251(a)), all in violation of Title 18, United States Code, Section 2422(b).

**Count Four**

*Receipt of Child Sexual Abuse Material – Victim 2*

**(18 U.S.C. §§ 2252(a)(2) and (b)(1))**

On or about November 14, 2022, in the Northern District of Georgia, the defendant, DYE'SHUAN GREEN, did knowingly receive at least one visual depiction of a minor, Victim 2, engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), using any means and facility of interstate and foreign commerce, including by computer, said depiction having been (a) produced using a minor engaging in sexually explicit conduct, and (b) shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

**Count Five**

*Enticement and Attempted Enticement of a Minor – Victim 3*

**(18 U.S.C. § Section 2422(b))**

Beginning on or about November 19, 2022, and continuing until on or about December 23, 2022, in the Northern District of Georgia and elsewhere, the defendant, DYE'SHUAN GREEN, using a facility and means of interstate and foreign commerce, that is, a cellular telephone connected to the Internet, did knowingly and knowingly attempt to persuade, induce, entice, and coerce an individual who had not yet attained the age of 18 years, Victim 3, to engage in sexual activity for which the defendant could be charged with a criminal offense, that is, the production of a visual depiction of a minor engaging in sexually explicit conduct (Title 18, United States Code, Section 2251(a)), all in violation of Title 18, United States Code, Section 2422(b).

**Count Six**

*Receipt of Child Sexual Abuse Material – Victim 3*

**(18 U.S.C. §§ 2252(a)(2) and (b)(1))**

Beginning on or about November 25, 2022, and continuing until on or about December 23, 2022 in the Northern District of Georgia, the defendant, DYE'SHUAN GREEN, did knowingly receive at least one visual depiction of a minor, Victim 3, engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), using any means and facility of interstate and foreign commerce, including by computer, said depiction having been (a) produced using a minor engaging in sexually explicit conduct, and (b) shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

**Count Seven**

*Enticement and Attempted Enticement of a Minor – Victim 4*

**(18 U.S.C. § Section 2422(b))**

Beginning on or about December 11, 2022 and continuing until on or about January 3, 2023, in the Northern District of Georgia and elsewhere, the defendant, DYE'SHUAN GREEN, using a facility and means of interstate and foreign commerce, that is, a cellular telephone connected to the Internet, did knowingly and knowingly attempt to persuade, induce, entice, and coerce an individual who had not yet attained the age of 18 years, Victim 4, to engage in sexual activity for which the defendant could be charged with a criminal offense, that is, the production of a visual depiction of a minor engaging in sexually

explicit conduct (Title 18, United States Code, Section 2251(a)), all in violation of Title 18, United States Code, Section 2422(b).

**Count Eight**
***Receipt of Child Sexual Abuse Material – Victim 4***
**(18 U.S.C. §§ 2252(a)(2) and (b)(1))**

Beginning on or about December 15, 2022 and continuing until on or about December 29, 2022, in the Northern District of Georgia, the defendant, DYE'SHUAN GREEN, did knowingly receive at least one visual depiction of a minor, Victim 4, engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), using any means and facility of interstate and foreign commerce, including by computer, said depiction having been (a) produced using a minor engaging in sexually explicit conduct, and (b) shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

**Count Nine**
***Receipt of Child Sexual Abuse Material – Victim 5***
**(18 U.S.C. §§ 2252(a)(2) and (b)(1))**

Beginning on or about December 12, 2022 and continuing until on or about December 13, 2022, in the Northern District of Georgia, the defendant, DYE'SHUAN GREEN, did knowingly receive at least one visual depiction of a minor, Victim 5, engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), using any means and facility of interstate and foreign commerce, including by computer, said depiction having been (a) produced using a minor engaging in sexually explicit conduct, and (b) shipped

and transported in and affecting interstate and foreign commerce, by any means, including by computer, all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

**Count Ten**

***Production and Attempted Production of Child Sexual Abuse Material —Victim 6***

**(18 U.S.C. § 2251(a))**

Beginning on or about January 29, 2023 and continuing until on or about February 2, 2023, in the Northern District of Georgia, the defendant, DYE'SHUAN GREEN, did knowingly and knowingly attempt to employ, use, persuade, induce, entice, and coerce, a minor, Victim 6, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate commerce, including by computer and cellular telephone, and such visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, and such visual depiction was transported and transmitted using any means and facility of interstate commerce, including by computer and cellular telephone, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

**Count Eleven**

***Receipt of Child Sexual Abuse Material – Victim 6***

**(18 U.S.C. §§ 2252(a)(2) and (b)(1))**

On or about January 29, 2023, in the Northern District of Georgia, the defendant, DYE'SHUAN GREEN, did knowingly receive at least one visual

depiction of a minor, Victim 6, engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), using any means and facility of interstate and foreign commerce, including by computer, said depiction having been (a) produced using a minor engaging in sexually explicit conduct, and (b) shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

**Count Twelve**
**Possession of Child Sexual Abuse Material**
**(18 U.S.C. §§ 2252(a)(4)(B) and (b)(2))**

On or about August 16, 2023, in the Northern District of Georgia, the defendant, DYE'SHUAN GREEN, did knowingly possess at least one digital storage device that contained at least one visual depiction of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), said depiction having been (a) produced using a minor engaging in sexually explicit conduct, (b) involving at least one prepubescent minor and at least one minor who had not attained 12 years of age, and (c) shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, all in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

**Forfeiture**

Upon conviction of one or more of the offenses alleged in Counts 2, 4, 6, 8, 9, 10, 11, and 12 of this Information, the defendant, DYE'SHUAN GREEN, shall forfeit

to the United States of America, pursuant to Title 18, United States Code, Section 2253:

a. Any visual depiction described in Title 18, United States Code, sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and

c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense.

The property to be forfeited includes, but is not limited to, the following:

a. One (1) Apple iPhone 14, with serial number DXG4THXHYF

b. MONEY JUDGMENT: A sum of money in United States currency, representing the amount of proceeds obtained as a result of the offenses alleged in in Counts 2, 4, 6, 8, 9, 10, 11, and 12of this Information.

Upon conviction of one or more of the offenses alleged in Counts 1, 3, 5, and 7 of this Information, the defendant, DYE'SHUAN GREEN, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2428, any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a

result of the offense. The property to be forfeited includes, but is not limited to, the following:

a. MONEY JUDGMENT: A sum of money in United States currency, representing the amount of proceeds obtained as a result of the offenses alleged in in Counts 1, 3, 5, and 7 of this Information.

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty,

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Sections 2253(b) and 2428(b)(2), as well as Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

THEODORE S. HERTZBERG
*United States Attorney*

MATTHEW R. LAGRONE
*Assistant United States Attorney*
Georgia Bar No. 499437

LEANNE M. MAREK
*Assistant United States Attorney*
Georgia Bar No. 270935

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000